**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FARIZ NAGHIYEV,

      Petitioner,

v.                                                                                            No. 2:25-CV-1313-MIS-DLM

PAMELA BONDI, in her official capacity as
Attorney General of the United States;
KRISTI NOEM, in her official capacity as
U.S. Secretary of Homeland Security;
MARY DE ANDA-YBARRA, in her official
capacity as Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, and DORA
CASTRO, in her official capacity as Warden
of the Otero County Processing Center;

      Respondents.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition of United States Magistrate Judge Damian L. Martinez ("PFRD"), ECF No. 11, issued March 12, 2026. Therein, Judge Martinez found that Petitioner Fariz Naghiyev's detention violates the Immigration and Nationality Act as Petitioner's removal order became administratively final on August 19, 2025, he has been detained more than the six-month presumptively reasonable period under *Zadvydas*, and there is "good reason to believe removal is not reasonably foreseeable." PFRD at 4. As such, Judge Martinez concluded that Petitioner's Amended Petition for a Writ of Habeas ("Petition"), ECF No. 5, should be **GRANTED** to the extent it seeks Petitioner's release under 8 U.S.C. § 1231(a) but **DENIED IN PART** to the extent it seeks relief outside of the scope of habeas review. PFRD at 1.

In sum, Judge Martinez recommended the following:

1.  The *Amended Petition for Writ of Habeas Corpus,* ECF No. 5, should be **GRANTED IN PART** to the extent he seeks release from immigration custody. Petitioner should be released immediately under appropriate conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3), subject to any additional terms and conditions the Court may deem appropriate.

2.  Petitioner's request for additional relief – namely, an order directing the issuance of a Social Security number, work authorization, or any other benefits – is outside the scope of habeas review and should be denied.

3.  The Court should ORDER Respondents to file a status report within seven days of the Court's order confirming Petitioner's release and compliance with the Court's directives.

PFRD, ECF No. 11.

The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* at 12. Neither party filed objections and the deadline for doing so has expired. The failure to make timely objections to a Magistrate Judge's PFRD waives appellate review of both factual and legal questions. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059 (10th Cir. 1996). Accordingly, the Court concludes that appellate review has been waived.

Therefore, it is **HEREBY ORDERED** that:

1.  The PFRD, ECF No. 11, is **ADOPTED**.

2.  Petitioner Fariz Naghiyev's Amended Petition for Writ of Habeas Corpus, ECF No. 5, is **GRANTED IN PART AND DENIED IN PART** consistent with the PFRD. More specifically, the Petition is **GRANTED** as to the extent Petitioner seeks release from immigration custody, and **DENIED** as to Petitioner's request for additional relief, namely the request for an order directing the issuance of a Social

Security Number, work authorization, or any other benefits outside the scope of habeas review.

3.    Petitioner's Motion to Expedite Consideration of Petition for Writ of Habeas, ECF No. 12, Corpus is **DENIED AS MOOT;**

4.    Respondents are **ORDERED** to immediately release Petitioner from detention;

5.    Respondents **SHALL NOT** re-detain Petitioner—absent evidence that Petitioner has committed a crime or absconded in his administrative immigration proceedings—without a pre-deprivation hearing before a neutral tribunal at which the government bears the burden of justifying re-detention by clear and convincing evidence; and

6.    The Court will separately enter Final Judgment in favor of Petitioner but retain jurisdiction over this matter to ensure compliance with this Order and to entertain any motions for attorneys' fees. A final order will be entered currently herewith.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE